UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.H.A, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01120-RSL <br><br> STIPULATED MOTION TO EXTEND DEADLINE AND ORDER |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move for a 30-day extension of Defendants' deadline to respond to the Complaint. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application. Defendants' response to the Complaint is currently due on September 30, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court extend the deadline until October 30, 2024. This is the first request for an extension of this deadline.

STIPULATED MOTION FOR EXTENSION
AND ORDER
[Case No. 2:24-cv-01120-RSL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

USCIS is in the process of scheduling Plaintiff's asylum interview. However, additional time is necessary to do so. The interview must occur prior to adjudication of the application at issue here. Once the interview is scheduled, the parties will discuss how to move forward with this litigation.

As additional time is necessary for this to occur, the parties request that the Court extend Defendants' deadline to respond to the Complaint to October 30, 2024.

DATED on this 27th day of September, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF SARA SVENDSEN PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Shara Svendsen*<br>SHARA SVENDSEN, WSBA #38151<br>16300 Mill Creek Boulevard, Ste. 206<br>Mill Creek, Washington 98012<br>Phone: (425) 931-1178<br>Email: shara@svenlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 234 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR EXTENSION
AND ORDER
[Case No. 2:24-cv-01120-RSL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The Defendants' deadline to respond to the Complaint is extended to October 30, 2024.

It is so **ORDERED**.

Dated this 30th day of September, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION FOR EXTENSION AND ORDER
[Case No. 2:24-cv-01120-RSL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800