UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.H.A.,<br><br>                 Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>                 Defendants. | Case No. 2:24-cv-01120-RSL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

       Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until April 2, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate his asylum application. Defendants' response to the Complaint is currently due on October 30, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until April 2, 2025.

       Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:24-cv-01120-RSL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for December 3, 2024. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process his asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until April 2, 2025. The parties further request that the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 11) be vacated. The parties will submit a status update on or before April 2, 2025.

//

//

//

//

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:24-cv-01120-RSL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 10th day of October, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF SARA SVENDSEN PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Shara Svendsen*<br>SHARA SVENDSEN, WSBA #38151<br>16300 Mill Creek Boulevard, Ste. 206<br>Mill Creek, Washington 98012<br>Phone: (425) 931-1178<br>Email: shara@svenlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 416 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:24-cv-01120-RSL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

This matter his hereby stayed until April 2, 2025.  The parties shall submit a status update on or before April 2, 2025.  The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 11) is vacated.  It is so **ORDERED**.

Dated this 11th day of October, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:24-cv-01120-RSL] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800