UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.H.A., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01120-RSL <br><br> STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01120-RSL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1 | DATED this 23rd day of December, 2024.

2 | Respectfully submitted,

3 | TESSA M. GORMAN                                    LAW OFFICE OF SARA SVENDSEN PLLC
United States Attorney

*s/ Michelle R. Lambert*                                    *s/ Shara Svendsen*
MICHELLE R. LAMBERT, NYS #4666657       SHARA SVENDSEN, WSBA #38151
Assistant United States Attorney                        16300 Mill Creek Boulevard, Suite 206
United States Attorney's Office                           Mill Creek, Washington 98012
Western District of Washington                          Phone: (425) 931-1178
1201 Pacific Avenue, Suite 700                          Email: shara@svenlaw.com
Tacoma, Washington 98402
Phone: (253) 428-3800                                       *Attorney for Plaintiff*
Fax:    (253) 428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is dismissed without prejudice. It is so **ORDERED**.

Dated this 26th day of December, 2024.

*MMS Lasnik*
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01120-RSL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800